# The Carlton Law Firm, P.L.L.C.

4301 Westbank Drive, Suite B-130
Austin, Texas 78746

Phone: (512) 614-0901
Facsimile: (512) 900-2855

ACCEPTED
15-24-00132-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/22/2025 2:25 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/22/2025 2:25:18 PM
CHRISTOPHER A. PRINE
Clerk

Erin Selvera
*Erin@carltonlawaustin.com*

January 22, 2025

**Via E-Filing Submission**
Fifteenth Court of Appeals
Attn: Clerk
P.O. Box 12852
Austin, Texas 78711

RE:     Case No. 15-24-00132-CV; *AIRW 2017-7, L.P.; 600 Westinghouse Investments, LLC; 800 Westinghouse Investments, LLC; Texas Commission on Environmental Quality; and Jonah Water Special Utility District*; Before the Fifteenth Court of Appeals, Texas.

Dear Clerk:

Please be advised that, through this filing, Jonah Water Special Utility District is submitting the required filing fee of $205 for the appeal that was filed with the trial court on January 14, 2025, and is submitted pursuant to the letter notice that was issued on January 17, 2025.

Thank you for your attention to this matter. If you have any questions or need anything further, please do not hesitate contact me at (512) 614-0901 or erin@carltonlawaustin.com.

Sincerely,

**THE CARLTON LAW FIRM, P.L.L.C.**

Erin Selvera
Attorney for Jonah Water Special Utility District

cc:     Edmond McCarthy Jr. (Via E-Service)
Maris Chambers (Via E-Service)
William Faulk III (Via E-Service)
Todd Disher (Via E-Service)
William T. Thompson (Via E-Service)
Carlota Hopinks-Baul (Via E-Service)
Erin Snody (Via E-Service)
Yahaira De Lara (Via E-Service)
Jennifer Jamison (Via E-Service)
Andrew B. Davis (Via E-Service)
Sara J. Ferris (Via E-Service)
Helen Gilbert (Via E-Service)
Bobby Salehi (Via E-Service)

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Katy Hennings on behalf of John Joseph Carlton
Bar No. 3817600
katy@carltonlawaustin.com
Envelope ID: 96481084
Filing Code Description: Petition for Permissive Appeal
Filing Description: Filing Fee Submission
Status as of 1/22/2025 3:10 PM CST

Associated Case Party: City of Georgetown

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Patricia Carls | 3813425 | tcarls@tcarlslaw.com | 1/22/2025 2:25:18 PM | SENT |
| Carlota Hopinks-Baul | 24094039 | chbaul@spencerfane.com | 1/22/2025 2:25:18 PM | SENT |
| Maris Chambers | | MChambers@spencerfane.com | 1/22/2025 2:25:18 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| William Thompson | 24088531 | will@lkcfirm.com | 1/22/2025 2:25:18 PM | SENT |
| Edmond McCarthy | 13367200 | ed@ermlawfirm.com | 1/22/2025 2:25:18 PM | SENT |
| William Faulk | 24075674 | cfaulk@spencerfane.com | 1/22/2025 2:25:18 PM | SENT |
| John Carlton | 3817600 | john@carltonlawaustin.com | 1/22/2025 2:25:18 PM | SENT |
| Helen Gilbert | 786263 | hgilbert@bartonbensonjones.com | 1/22/2025 2:25:18 PM | SENT |
| Colton Halter | | colton.halter@oag.texas.gov | 1/22/2025 2:25:18 PM | SENT |
| Kelli Carlton | | kelli@carltonlawfirm.com | 1/22/2025 2:25:18 PM | ERROR |
| Todd Disher | | todd@lkcfirm.com | 1/22/2025 2:25:18 PM | SENT |
| Erin Selvera | | erin@carltonlawfirm.com | 1/22/2025 2:25:18 PM | ERROR |
| Yahaira De Lara | | ydelara@bartonbensonjones.com | 1/22/2025 2:25:18 PM | SENT |
| Jennifer Jamison | | jennifer.jamison@tceq.texas.gov | 1/22/2025 2:25:18 PM | SENT |
| Bobby Salehi | | bobby.salehi@tceq.texas.gov | 1/22/2025 2:25:18 PM | ERROR |

Associated Case Party: Texas Commission on Environmental Quality

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Katy Hennings on behalf of John Joseph Carlton
Bar No. 3817600
katy@carltonlawaustin.com
Envelope ID: 96481084
Filing Code Description: Petition for Permissive Appeal
Filing Description: Filing Fee Submission
Status as of 1/22/2025 3:10 PM CST

Associated Case Party: Texas Commission on Environmental Quality

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Sara Ferris | | sara.ferris@oag.texas.gov | 1/22/2025 2:25:18 PM | SENT |
| Erin  K.Snody | | Erin.Snody@oag.texas.gov | 1/22/2025 2:25:18 PM | SENT |

Associated Case Party: AIRW 2017-7, LP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Andrew Davis | | andrew@lkcfirm.com | 1/22/2025 2:25:18 PM | SENT |

Associated Case Party: Jonah Water Special Utility District

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| John Carlton | | john@carltonlawfirm.com | 1/22/2025 2:25:18 PM | ERROR |